**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIAM DAVID BUSH,**<br>Plaintiff**,**<br>vs.<br>**CROFT ENTERPRISE, ET AL.,**<br>Defendants. | CASE NO. 4-21-cv-04174-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL OF ACTION**<br><br>Re: Dkt. No. 7 |

The Court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation (Dkt. No. 7, Report and Recommendation, "Report") recommending dismissal of this case based on *res judicata* grounds. In accordance with Federal Rule of Civil Procedure 72, objections were due on or before July 6, 2021. No objections have been filed with the Court. The Court has reviewed the Report and the underlying complaints carefully and finds Judge Kim's Report correct and well-reasoned.

Accordingly, and for the reasons set forth in the Report, this case is **DISMISSED WITH PREJUDICE** based on *res judicata*.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: October 28, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**